

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

May 2, 1939

Hon. J. L. Crosthwait
County Auditor
Dallas County
Dallas, Texas

Dear Sir:

> Opinion No. O-716
> Re: Salaries of precinct officers
> in Dallas County under Salary
> Bill.

Your request for opinion upon the following question:

"What annual salaries can the commissioners' court legally pay to those precinct officers who are compensated on a salary basis?"

has been received by this Department.

The population of Dallas County, Texas, according to the last preceding Federal census is 325,691.

Section 19 of Article 3912-e, Revised Civil Statutes of Texas, reads as follows:

"Sec. 19. Provisions of this section shall apply to and control in each county in the state of Texas having a population in excess of 190,000 inhabitants, according to the last preceding Federal census.

2(a) The commissioners' court of such county, at its first regular meeting in January of each calendar year, shall determine

by order made and entered in the minutes of said court, whether the precinct officers of each county shall be compensated upon a salary basis as provided for in this section, or whether they shall receive as their compensation such fees of office as may be earned and collected by them in the performance of the duties of their office, subject to the limitations hereinafter provided; and it shall be the duty of the county clerk of each such county to forward to the Comptroller of Public Accounts of the state of Texas, on or before the 31st day of January, a certified copy of such order.

"(b) Where the commissioners' court shall have determined the precinct officers in such county shall be compensated for their services, by the payment of an annual salary, such officers shall receive such salary in lieu of all other fees, commissions or compensation which they would otherwise be authorized to retain; provided that the provisions of this sub-section shall not affect the payment of costs in civil cases by the state but all such costs so paid shall be accounted for by the officers collecting the same, as they are required under the provisions of this section to account for fees, commissions, and costs collected from private parties.

"(c) The term 'precinct officers' as used in this section means justices of the peace and constables.

"Such precinct officers shall continue to be compensated for their services on a fee basis until the commissioners' court shall have determined otherwise in accordance with the provisions of this section.

"The annual fees that may be retained by
any such precinct officer shall be Four Thousand
Dollars each; provided that in counties having
a population in excess of Three Hundred and
Fifty-five thousand inhabitants, according to
the last preceding or any future Federal census,
such precinct officers may retain not to exceed
Four Thousand, Five Hundred ($4,500.00) Dollars
each.

"All fees or commissions earned by such
official shall be applied first to the payment
of his deputies, authorized expenses of his
office, and to make up the maximum of such office.

"All fees and commissions over and above
the amount necessary to pay authorized expenses
and deputy salaries, and to make up the maximum
compensation above provided for, shall be deemed
excess fees, and all excess fees not permitted
to be retained shall be paid into the general
fund of the county.

"Delinquent fees may be used to defray the
salaries of deputies if current fees are insuffi-
cient for that purpose; they may be used also to
make up the maximum compensation, exclusive of
excess fees, allowed such offices for the fiscal
year within which fees were earned. Delinquent
fees collected in excess of the amount above pro-
vided for shall be paid by the officer collecting
the same into the general fund of the county.

"Precinct officers, as defined in this Sec-
tion, shall be compensated after an order duly
enacted by the commissioners' court as herein
provided on an annual salary basis from said
officers' salary fund; but salaries shall be fixed
by the commissioners' court at a reasonable sum
not to exceed Four Thousand ($4,000.00) Dollars
each; provided that in counties having a popula-
tion in excess of Three Hundred and Fifty-five
Thousand inhabitants, according to the last

preceding or any future Federal census, such
salaries shall be fixed by the commissioners'
court at a reasonable sum not to exceed Four
Thousand, Five Hundred ($4,500.00) Dollars
each, provided further that in such counties
in which the commissioners' court determines
to place justices of the peace and constables
on a salary basis, said commissioners' court
shall not be required to place said salaries
in all precincts within the county at equal
amounts, but said commissioners' court shall
have discretion to determine the amount of
salary to be paid to each of said justices of
the peace and to each of said constables in the
several precincts in said county within the
limitations hereinabove set out in counties
where the commissioners' court determines to
place the justices of the peace on a salary
basis the justice of the peace shall receive
in addition thereto all fees, commissions, or
payments for performing marriage ceremonies
and for acting as registrar for the board of
vital statistics, and when acting as ex-officio
notary public. (As amended in 1937, 45th Leg.,
p. 32, Ch. 26, Sec. 1)."

In your letter you call our attention to Article
3912e-1, and Section c thereof, which reads as follows:

"Art. 3912e-1. The provisions of this
section shall apply to and control in each
county in the state of Texas having a popula-
tion of Three Hundred Thousand ($00,000) in-
habitants or more and less than Three Hundred
and Fifty-five Thousand (355,000) inhabitants
according to the last preceding Federal census.

"(c) All justices of the peace and con-
stables of such counties who are compensated
on a fee basis as provided by law shall be
entitled to retain annual fees and/or salary
of Forty-five Hundred Dollars ($4,500.00) each,
provided however, that all fees or commissions

whether current or delinquent which are col-
lected by the incumbent during his tenure
of office shall be applied first to the pay-
ment of his deputies, authorized expenses of
his office and to make up the maximum compen-
sation provided for in this subsection. No
such officers shall be entitled to receive
for any purpose any fees or commissions that
are collected after he ceases to hold such
office."

It is clearly apparent from a reading of this
article that this article applies to justices of the
peace and constables of such counties who are compensated
on a fee basis. This article sets the sum of Four Thou-
sand Five Hundred ($4,500.00) Dollars as the maximum
amount of annual fees and/or salary which precinct offi-
cers may retain. These officers must of course collect
these fees before they could retain them. Fees obviously
could never be retained unless they were first earned
and collected. The word "retain" is defined by Webster's
Dictionary as "to hold or to keep." It is also clearly
apparent that this article sets the sum of Forty-five
Hundred Dollars ($4,500.00) as the maximum amount of
fees that a precinct officer may legally retain out of
the legal fees he actually earns and collects. The
officer while on the fee system would retain such fees
as he legally collected provided the same did not exceed
the maximum. For example, if the officer collected fees
of Fifty ($50.00) Dollars for one year, that would be
his annual fees and/or salary.

We understand, however, that Dallas County,
Texas, as provided by law, has placed their precinct offi-
cers upon a salary basis, as provided under Section 19 of
Article 3912e, Revised Civil Statutes of Texas. Since
this is true, Section (c) of Article 3912e-1, cited by
you in your letter, would have no application to this
question. Section 19 of Article 3912e, Revised Civil
Statutes of Texas, would therefore control.

Hon. J. L. Crosthwait, May 2, 1939, Page 6

You are therefore, respectfully advised that it is the opinion of this Department that the commissioners' court of Dallas County, Texas may set the salaries of the precinct officers of the county at a reasonable sum not to exceed Four Thousand ($4,000.00) Dollars each.

Trusting that this answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:AW

APPROVED:

ATTORNEY GENERAL OF TEXAS